**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION**

| | | |
|---|---|---|
| CONNIE DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.1:06-CV-01008 |
| | ) | JURY DEMAND |
| NCR CORPORATION | ) | |
| | ) | |
| Defendant. | ) | |

_____

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
_____

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Connie Davis and Defendant NCR

Corporation file this Stipulation and Order of Dismissal with Prejudice hereby dismissing with

prejudice all such claims before this Court.

Upon consideration of the foregoing, it is therefore ORDERED, DECREED, and

ADJUDGED that all claims of Plaintiff in the above-referenced lawsuit be and hereby are dismissed

with prejudice, with each party to bear their own costs, expenses, and attorneys fees.


SO ORDERED this the __16th____ day of __June_____ 2006.


**s/James D. Todd_____**
Honorable Judge James Todd
United States District Judge

Respectfully submitted,

GILBERT & RUSSELL, PLC
/s Justin S. Gilbert
Justin S. Gilbert (#17079)
2021 Greystone Park
Jackson, Tennessee 38305
Phone:  (731) 664-1340
jgilbert@gilbertfirm.com

Attorneys for Plaintiff

s/ Charles K. Grant
Charles K. Grant
Baker, Donelson, Bearman, Caldwell, & Berkowitz
211 Commerce St.
Ste. 1000
Nashville, TN 37201

/s Elizabeth S. Rudnick
Ronald H. Isroff
Elizabeth S. Rudnick
Ulmer & Berne, LLP
Skylight Office Tower
1660 West 2nd Street - Suite 1100
Cleveland, OH 44113-1448

Attorneys for Defendant